1  CDF LABOR LAW LLP
    Todd R. Wulffson, State Bar No. 150377
2    twulffson@cdflaborlaw.com
    Ashley A. Halberda, State Bar No. 272762
3    ahalberda@cdflaborlaw.com
    Alessandra C. Whipple, State Bar No. 308348
4    awhipple@cdflaborlaw.com
    Osaama Saifi, State Bar No. 309172
5    osaifi@cdflaborlaw.com
   18300 Von Karman Avenue, Suite 800
6  Irvine, CA 92612
   Telephone:  (949) 622-1661

7
   Attorneys for Defendants
8  NEW AMERICAN FUNDING, LLC f/k/a BROKER
   SOLUTIONS, INC. dba NEW AMERICAN FUNDING;
9  BRIAN SKARG; AMANDA BENSON; RYAN GEE and
   JOSHUA SAVEA

10

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  FBC MORTGAGE, LLC, a Florida limited      )  Case No. 3:23-cv-00143-CRB
    liability company,                        )
15                                            )  Assigned for All Purposes To:
              Plaintiff,                      )  Judge: Hon. Charles R. Breyer
16         v.                                 )  Ctrm:   6
                                              )
17  BROKER SOLUTIONS, INC. dba NEW            )  **NOTICE OF LODGING PROPOSED**
    AMERICAN FUNDING, a California            )  **COUNTERCLAIM AND SECOND**
18  corporation; BRIAN SKARG, an individual;  )  **AMENDED ANSWER**
    AMANDA BENSON, an individual; RYAN        )
19  GEE, an individual; JOSHUA SAVEA, an      )  **(filed in conjunction with Motion for Leave**
    individual; and DOES 1 through 20,        )  **to Amend the Pleadings)**
20                                            )
              Defendants.                     )
21  _____ )

22

23

24

25

26

27

28

                                     1      Case No.  3:23-cv-00143-CRB
                                            NOTICE OF LODGING PROPOSED
                                            COUNTERCLAIM AND SECOND AMENDED
                                            ANSWER
2307683.1

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that pursuant to Local Rule 10-1 and the Court's General

3  Standing Order, Defendants BRIAN SKARG; AMANDA BENSON; RYAN GEE and JOSHUA

4  SAVEA (collectively "Individual Defendants") lodged their proposed Counterclaim with the Court

5  on December 8, 2023 attached hereto as **Exhibit "A."**  The Individual Defendants also lodged their

6  proposed Second Amended Answer with the Court on December 8, 2023 attached hereto as

7  **Exhibit "B,"** a redlined version of which is attached hereto as **Exhibit "C."**  The proposed

8  Counterclaim and Second Amended Answer relate to Defendants' Motion for Leave to Amend the

9  Pleadings which was filed on December 8, 2023.

10

11  Dated:  December 8, 2023          CDF LABOR LAW LLP

12

13

          By: _____

14                    Ashley A. Halberda
          Attorneys for Defendants
15        NEW AMERICAN FUNDING, LLC f/k/a BROKER
          SOLUTIONS, INC. dba NEW AMERICAN FUNDING;
16        BRIAN SKARG; AMANDA BENSON; RYAN GEE and
          JOSHUA SAVEA

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  3:23-cv-00143-CRB
NOTICE OF LODGING PROPOSED
COUNTERCLAIM AND SECOND AMENDED
ANSWER

2307683.1

1

**PROOF OF SERVICE**

2

3          STATE OF CALIFORNIA, COUNTY OF ORANGE.

4

          I, the undersigned, declare that I am employed in the aforesaid County, State of California.
5   I am over the age of 18 and not a party to the within action.  My business address is 18300 Von
    Karman Avenue, Suite 800, Irvine, CA 92612.  On December 8, 2023, I served upon the interested
6   party(ies) in this action the following document described as: NOTICE OF LODGING
    PROPOSED COUNTERCLAIM AND SECOND AMENDED ANSWER

7

          By the following method:
8
          Eileen R. Ridley
9         Emma E. Soldon
          FOLEY & LARDNER LLP
10        555 California Street, Suite 1700
          San Francisco, CA  94104-1520
11        Tel.: (415) 434-4484

12        E-MAIL: eridley@foley.com; esoldon@foley.com

13        For processing by the following method:

14   ☒    **via CM/ECF (registered)**:  I hereby certify I electronically filed the above-referenced
          document(s) and that they are available for viewing and downloading on the Court's
15        CM/ECF system, and that all participants in the case are registered CM/ECF users and that
          service will be accomplished by the CM/ECF system.

16
          I certify that I am employed in the office of a member of the bar of this Court at whose
17   direction the service was made.

18        I declare under penalty of perjury under the laws of the United States of America that the
     foregoing is true and correct.
19
          Executed on December 8, 2023, at Irvine, California.
20

21        Maria Anderson
          (Type or print name)                              (Signature)
22

23

24

25

26

27

28

Case No.  3:23-cv-00143-CRB
NOTICE OF LODGING PROPOSED
COUNTERCLAIM AND SECOND AMENDED
ANSWER

CDF Labor Law LLP

2307683.1