CDF LABOR LAW LLP
   Todd R. Wulffson, State Bar No. 150377
   twulffson@cdflaborlaw.com
   Ashley A. Halberda, State Bar No. 272762
   ahalberda@cdflaborlaw.com
   Alessandra C. Whipple, State Bar No. 308348
   awhipple@cdflaborlaw.com
   Osaama Saifi, State Bar No. 309172
   osaifi@cdflaborlaw.com
18300 Von Karman Avenue, Suite 800
Irvine, CA 92612
Telephone: (949) 622-1661

Attorneys for Defendants and Counterclaimants
NEW AMERICAN FUNDING, LLC f/k/a BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING; BRIAN SKARG; AMANDA BENSON; RYAN GEE and JOSHUA SAVEA

FOLEY & LARDNER LLP
   Eileen R. Ridley, State Bar No. 151735
   eridley@foley.com
   Emma E. Soldon, State Bar No. 345323
   esoldon@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Tel: (415) 434-4484
Fax: (415) 434-4507

Attorneys for Plaintiff and Counterdefendant
FBC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FBC MORTGAGE, LLC, a Florida limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING, a California corporation; BRIAN SKARG, an individual; AMANDA BENSON, an individual; RYAN GEE, an individual; JOSHUA SAVEA, an individual; and DOES 1 through 20,<br><br>    Defendants. | Case No. 3:23-cv-00143-CRB<br><br>Assigned for All Purposes To:<br>Judge: Hon. Charles R. Breyer<br>Ctrm:  6<br><br>**NOTICE OF SETTLEMENT** |

1                                           NOTICE OF SETTLEMENT

4911-2632-2451.1

| | | |
|---|---|---|
| 1 | | ) |
| 2 | BRIAN SKARG, an individual; AMANDA BENSON, an individual; RYAN GEE, an individual; and JOSHUA SAVEA, an individual, | ) ) ) ) |
| 3 | | ) |
| 4 | Counterclaimants, | ) ) |
| 5 | v. | ) ) |
| 6 | FBC MORTGAGE, LLC, a Florida limited liability company, | ) ) ) |
| 7 | Counterdefendant. | ) ) |
| 8 | | ) |

2

NOTICE OF SETTLEMENT

4911-2632-2451.1

Defendants and Counterclaimants, NEW AMERICAN FUNDING, LLC f/k/a BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING; BRIAN SKARG; AMANDA BENSON; RYAN GEE and JOSHUA SAVEA ("Defendants") and Plaintiff and Counterdefendant, FBC MORTGAGE, LLC ("Plaintiff") (Defendants and Plaintiff collectively referred to as the "Parties") hereby notify the Court that the Parties have reached a settlement in this matter.  Once the settlement is finalized, the parties will file a stipulation of dismissal with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In light of the resolution of this case, the Parties respectfully request that any upcoming dates and deadlines be vacated.

Dated:  January 31, 2025        CDF LABOR LAW LLP

By:  /s/ Ashley A. Halberda
Ashley A. Halberda
Attorneys for Defendants and Counterclaimants
NEW AMERICAN FUNDING, LLC f/k/a BROKER SOLUTIONS, INC. dba NEW AMERICAN FUNDING; BRIAN SKARG; AMANDA BENSON; RYAN GEE and JOSHUA SAVEA

Dated:  January 31, 2025        FOLEY & LARDNER LLP

By:  /s/ Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiff and Counterdefendant
FBC MORTGAGE, LLC

3                                     NOTICE OF SETTLEMENT

4911-2632-2451.1

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE.

I, the undersigned, declare that I am employed in the aforesaid County, State of California. I am over the age of 18 and not a party to the within action. My business address is 18300 Von Karman Avenue, Suite 800, Irvine, CA 92612. On January 31, 2025, I served upon the interested party(ies) in this action the following document described as: NOTICE OF SETTLEMENT

By the following method:

Eileen R. Ridley
Emma E. Soldon
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94104-1520
Tel.: (415) 434-4484

E-MAIL: eridley@foley.com; esoldon@foley.com;
cc: jack.doti@foley.com; tschuman@foley.com; llanglois@foley.com

For processing by the following method:

[X]  **(via FRCP)**  Pursuant to FRCP Rule 5(b)(2)(E), I caused the documents to be sent to the persons at the electronic service addresses listed above pursuant to the parties' agreement to electronic service.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2025, at Irvine, California.

Maria Anderson
(Type or print name)

(Signature)

CDF Labor Law LLP

4911-2632-2451.1

4                                         NOTICE OF SETTLEMENT